CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR - 7 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| LORENZO GERALD FEREBEE, | ) | Civil Action No. 7:12-cv-00612 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Jackson L. Kiser |
| COMMONWEALTH OF | ) | Senior United States District Judge |
| VIRGINIA, et al., | ) | |
| Defendant(s). | ) | |

LORENZO GERALD FEREBEE, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered February 11, 2013, the court directed plaintiff to submit within ten (10) days from the date of the Order an amended complaint, which must be a new pleading that stands by itself without reference to a complaint, attachments, or amendments already filed.. Plaintiff was advised that failure to comply would result in dismissal of this action without prejudice.

More than twenty (20) days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 7th day of March, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge